**DISMISS; and Opinion Filed December 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01013-CV

### MAXIMUSALLIANCE PARTNERS, LLC, Appellant,
### V.
### KATOEN NATIE USA, INC., KATOEN NATIE GULF COAST, INC., KATOEN NATIE NV, KATOEN NATIE LOUISIANA, LLC, BATON ROUGE POLYMERS TERMINAL, LLC, CHAMBERS COUNTY LOGISTICS TERMINAL, LP AND CHAMBERS COUNTY ASSOCIATES, INC., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16379-H**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Whitehill

Opinion by Justice Fillmore

The Court has before it appellant's unopposed motion to dismiss the appeal. Appellant

states the parties have reached a settlement of all claims in this case. We grant appellant's

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

151013F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAXIMUSALLIANCE PARTNERS, LLC,
Appellant,

No. 05-15-01013-CV      V.

KATOEN NATIE USA, INC.,
KATOEN NATIE GULF COAST, INC.,
KATOEN NATIE NV,
KATOEN NATIE LOUISIANA, LLC,
BATON ROUGE POLYMERS
TERMINAL, LLC, CHAMBERS
COUNTY LOGISTICS TERMINAL, LP
and CHAMBERS COUNTY
ASSOCIATES, INC.
Appellees.

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-16379-H.
Opinion delivered by Justice Fillmore,
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 7th day of December, 2015.